116 F.3d 469
 Jacqueline Polonski, Oscar Berrios, Michele Boyle, Neil
Browen, Sr., Judy Lowe-Brown, Maria Buchel, Dori Byrnes,
Donna Campo-Polkalski, Joann Carman, Stephanie
Postlewait-Castaldi, Michele Cocozza, Doris Spiegel-Conti,
Jeannanne Deluca, Noelle Disomma, Elizabeth J. Ellis, Sharon
Fatato, Jamie Feldman, Tyler Fitzgerald, Cindi Franco,
Tracey Giery, Katurah Godaro, Guillermo Rivera, Michael
Hainsworth, Scott C. Johnson, Sandra Lancieri, Catherine
Liosi, Debra Lupu,
 NOS. 96-5291, 96-5347
 United States Court of Appeals,
Third Circuit.
 May 23, 1997
 
 1
 Appeal From: D.N.J. ,Nos.91-cv-03014, 91-cv-03014
 
 
 2
 Appeal Dismissed; Affirmed.